STATE of Missouri,
Plaintiff-Respondent,

v.

Maurice Eugene TURNER,
Defendant-Appellant.

No. 50119.

Missouri Court of Appeals,
Eastern District,
Division One.

May 6, 1986.

Motion for Rehearing and/or Transfer
Denied June 4, 1986.

Application to Transfer Denied
July 15, 1986.

Appeal from Circuit Court, St. Louis County; Robert W. Saitz, Judge.

William J. Shaw, Public Defender, Mary Dames Fox, Clayton, for defendant-appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

### ORDER

PER CURIAM.

A jury convicted defendant of rape, § 566.030, RSMo.Cum.Supp.1984. He appeals from the judgment claiming (1) the trial court abused its discretion when it refused to excuse two veniremen defendant had challenged for cause, and (2) the evidence adduced at trial does not support the judgment of conviction. No jurisprudential purpose would be served by a written opinion.

The judgment is affirmed in accordance with Rule 30.25(b).